WOODRUFF, SPRADLIN & SMART, APC
M. LOIS BOBAK - State Bar No. 127540
lbobak@wss-law.com
PATRICK M. DESMOND - State Bar No. 215029
pdesmond@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone:  (714) 415-1078
Facsimile:   (714) 415-1178

JS-6

Attorneys for Defendant ORANGE COUNTY TRANSPORTATION AUTHORITY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BERNHARD, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ORANGE COUNTY TRANSPORTATION AUTHORITY, a governmental agency and DOES 1 through 100,<br><br>　　　　Defendants. | CASE NO: 8:15-cv-01174-AG-PJW<br><br>BEFORE THE HONORABLE ANDREW J. GUILFORD<br><br>**JUDGMENT PURUSANT TO RULE 68** |

　　　Defendant Orange County Transportation Authority having made a statutory offer to compromise under Rule 68 of the Federal Rules of Civil Procedure, and Plaintiff Michelle Bernhard having accepted said offer, the Court enters JUDGMENT as follows without a determination of liability:

　　　Defendant Orange County Transportation Authority shall pay to Plaintiff Michelle Bernhard the sum of FIFTEEN THOUSAND DOLLARS AND NO CENTS ($15,000.00), which sum shall include all costs and attorneys' fees that might otherwise be recoverable in this action.  Additionally, Defendant Orange County Transportation Authority shall extinguish Plaintiff Michelle Bernhard's obligation to pay the tolls, fines and penalties incurred by Plaintiff Michelle Bernhard totaling

1  SIXTEEN THOUSAND EIGHT HUNDRED EIGHTY THREE DOLLARS AND 21
2  CENTS ($16,883.21) as alleged in Paragraph 21 of the First Amended Complaint.

6  DATED: February 24, 2016

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT
JUDGE

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

2

1142507.1